**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:19-cv-07859 |
| Plaintiff, | : | |
| v. | : | |
| SWITCH ENERGY, LLC, | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Defendant Switch Energy, LLC ("Switch") hereby notifies the Court that the parties have agreed in principle to settle this matter on an individual (non-class) basis. The parties are in the process of finalizing a settlement agreement. Switch therefore respectfully requests the Court vacate the deadlines set forth in the February 20, 2020 Minute Order (D.E. 26), including the requirement to attend the March 3, 2020 status hearing.

DATED: February 28, 2020.

        **KABAT CHAPMAN & OZMER LLP**

        By: */s/ Ryan D. Watstein*
           Ryan D. Watstein (admitted *pro hac vice*)
           GA Bar No. 266019
           Matthew A. Keilson (admitted *pro hac vice)*
           GA Bar No. 216676
           171 17th Street NW, Suite 1550
           Atlanta, Georgia 30363
           Telephone: (404) 400-7300
           Facsimile: (404) 400-7333
           rwatstein@kcozlaw.com
           mkeilson@kcozlaw.com

        and

        **HINSHAW & CULBERTSON LLP**

Justin M. Penn (6283726)
Louis J. Manetti, Jr. (6293288)
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jpenn@hinshawlaw.com
lmanetti@hinshawlaw.com

*Counsel for Defendant Switch Energy, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, I electronically filed the foregoing Notice with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all attorney of record.

By: */s/ Ryan D. Watstein*
Ryan D. Watstein (admitted *pro hac vice*)

*Counsel for Defendant Switch Energy, LLC*