# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

George Moore

            Plaintiff,

v.

            Case No.: 1:19−cv−07859
            Honorable Ronald A. Guzman

Switch Energy, LLC

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

       MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal [30], this case is dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.